# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1343
LT Case No. 2021-10573-CIDL

_____

FLORIDA INSURANCE GUARANTY
ASSOCIATION,

    Appellant,

    v.

A & B VERMA FAMILY, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Michael Scott Orfinger, Judge.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A.,
Orlando, for Appellant.

Andrew A. Steadman, of Weisser Elazar & Kantor, PLLC, Fort
Lauderdale, for Appellee.

April 28, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____